INTERNATIONAL BUSINESS MACHINES CORPORATION, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 46388.)

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.